# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Joe Henry Salazar           PRINCIPAL
A202 084 697    YOB: 1967
United States Citizen

(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

SEP 1 1 2014

Clerk of Court

## CRIMINAL COMPLAINT

Case Number:

**M-14-1776-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 9, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Sonia Lorena Del Cid-Urquilla and Victor Felipe Urquilla-Luna, nationals of El Salvador, along with seven (7) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Donna, Texas to the point of arrest near San Manuel, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On September 9, 2014, at approximately 8:50 pm, Border Patrol Agents working near San Manuel, Texas, noticed a grey Jeep Grand Cherokee pass their location on Highway 281. The agents followed behind the Cherokee and noticed the rear end seemed to be riding low and was swaying side to side as it drove down the highway. Agents pulled alongside the Cherokee, and peered into the vehicle using night vision goggles. It appeared the back seats were missing, and they also saw heads multiple heads bobbing up and down.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

Approved
JS

_____
Signature of Complainant

**Derek Conrow        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 11, 2014**                              at    **McAllen, Texas**
Date                                                              City and State

**Dorina Ramos        , U. S. Magistrate Judge**
Name and Title of Judicial Officer                       Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-14-1776-M

RE:     Joe Henry Salazar                              A202 084 697

**CONTINUATION:**

The agents performed a vehicle stop based on their suspicions of illegal alien smuggling. The driver, later identified as Joe Henry SALAZAR, immediately started to pull over to the side of the road, as one subject exited the vehicle while it was still in motion. That subject absconded over the game fence on Highway 281. Two more attempted to abscond before the vehicle stopped, but were apprehended before doing so. SALAZAR never moved from the driver's seat, and parked the vehicle along the side of the road without incident.

An Immigration inspection was conducted on everyone in the vehicle. SALAZAR claimed to be a United States Citizen and the 9 passengers admitted to being illegally present in the United States. All 10 were transported to the Weslaco Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**

Joe Henry SALAZAR was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

SALAZAR stated he was a United States Citizen. He told agents he picked up 9 illegal aliens from a stash house in Donna, Texas. According to SALAZAR, he was going to be paid $100 per illegal alien that he transported. A man named Mickey told him to meet up with another person on Highway 281 to receive further instructions. This is the second time he has been a driver for illegal aliens.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- Sonia Lorena Del Cid-Urquilla stated she is a citizen of El Salvador and illegally crossed the Rio Grande River. She is unaware of her smuggling fee, because her mother made all the arrangements. After crossing the river, she was taken to a hotel, and then to a house where her brother was already staying. A grey vehicle arrived a day later with three subjects already inside and transported them to the place where they were apprehended. Del Cid identified SALAZAR in a photo lineup as the driver of the grey SUV.

2- Victor Felipe Urquilla-Luna stated he is a citizen of El Salvador and illegally crossed the Rio Grande River. He was charged a total of $8,000 (USD) to be smuggled to Houston, Texas. After crossing the river, the group was picked up and taken to a house where there was a young man in charge. Urquilla told agents that on the morning of his arrest, the young man announce they would be picked up at 7:00 pm. Later, a vehicle arrived at the house and picked up Urquilla and the group he was with. He stated there were already three people in the vehicle when it arrived. Urquilla said he was not able to identify the driver due to where he was sitting in the vehicle.